UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARD SHAFFER                             Case No. 11-

## CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

### Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-36 | $300.73 |

The Debtor shall mail a money order or cashier's check or wage deduction, so Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| Ann W. Rogers | $1500 | $41.67 | 1-36 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as Governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| Wells Fargo | 1st mortgage $97,279.00 | paid outside plan by automatic withdrawal | |
| Wells Fargo | 2nd mortgage $44,449.00 | motion to strip 2nd mortgage | |
| Wells Fargo Auto Finance $7640 on 2004 Ford Ranger at 5% interest | | $228.98 | 1-36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

### Property to be Surrendered:

| Creditor Name: | Property Address or Property to be Surrendered |
|---|---|

None

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|

### The following Executory Contracts are assumed:

Name of Creditor:      Description of Collateral            Payment Month #'s

None

### The following Executory Contracts are rejected:

Name of Creditor:                      Description of Collateral

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate Percentage 0.

Property of the estate revests in the Debtor upon confirmation of the Plan.

I hereby certify that a true copy of the Chapter 13 Plan has been furnished by US. Mail first class to All Creditors and Parties in Interest as listed on attached Court matrix this 20th day of June, 2011.

/s/Ann W. Rogers

Ann W. Rogers
Law Office of Ann W. Rogers P.A.
595 N.Nova Road, Suite 115
Ormond Beach, Florida 32174
(386) 672-4014
FBN: 0009430

```
Label Matrix for local noticing        Leonard J Shaffer Jr.              CCB Credit Services
113A-6                                 1732 Cordova Avenue                P.O. Box 272
Case 6:11-bk-09140-KSJ                 Daytona Beach, FL 32117-1711       Springfield, IL 62705-0272
Middle District of Florida
Orlando
Mon Jun 20 13:54:23 EDT 2011

Client Services Inc.                   Firstsource Advantage              Firstsource Advantage
3451 Harry Truman Blvd.                205 Bryant Woods South             P.O. Box 628
St. Charles, MO 63301-3816             Amherst, NY 14228-3609             Buffalo, NY 14240-0628


Florida Department of Revenue          GE Money Bank                      GEMB/Lowes
Bankruptcy Unit                        950 Forrer Blvd.                   P.O. Box 103065
Post Office Box 6668                   Kettering, OH 45420-1469           Roswell, GA 30076
Tallahassee FL 32314-6668


GEMB/Rooms To Go                       GEMB/Walmart                       Global Credit Collection
P.O. Box 3330                          P.O. Box 981400                    P.O. Box 101928
Olathe, KS 66063-3330                  El Paso, TX 79998-1400             Dept 2417
                                                                          Birmingham, AL 35210-6928


HSBC Kawasaki                          Internal Revenue Service           KTM/GEMB
P.O. Box 15521                         Post Office Box 7346               P.O. Box 981439
Wilmington, DE 19850-5521              Philadelphia PA 19101-7346         El Paso, TX 79998-1439


Sheffield Financial                    Sheffield Financial                Southeastern Pathology Assoc
P.O. Box 1704                          P.O. Box 580229                    P.O. Box 30309
Clemmons, NC 27012-1704                Charlotte, NC 28258-0229           Charleston, SC 29417-0309


Transworld Systems                     Volusia County Tax Collector       WEB Bank/DFS
3450 Lakeside Drive, #304              123 West Indiana Avenue            P.O. Box 6403
Miramar, FL 33027-3268                 Room 103                           Carol Stream, IL 60197-6403
                                       Deland FL 32720-4615


Wells Fargo                            Wells Fargo                        Wells Fargo
P.O. Box 536205                        P.O. Box 60510                     PO. Box 14411
Atlanta, GA 30353-6205                 Los Agneles, CA 90060-0510         Des Moines, IA 50306-3411


Wells Fargo Bank Visa                  Laurie K Weatherford +             Ann W. Rogers +
P.O. Box 6412                          Post Office Box 3450               595 North Nova Road, Suite 115
Carol Stream, IL 60197-6412            Winter Park, FL 32790-3450         Ormond Beach, FL 32174-4429
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

n S. Jennemann

End of Label Matrix
Mailable recipients  26
Bypassed recipients   1
Total                27