LEONARD SHAFFER                Case No. 11-9140-KSJ

## AMENDED CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

### Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-3 | $300.73 |
| 4-36 | $291.68 |

The Debtor shall mail a money order or cashier's check or wage deduction,. so Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| Ann W. Rogers | $1500 | $41.67 | 1-36 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as Governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|

None

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| Wells Fargo | 1st mortgage $97,279.00 | paid outside plan pursuant to order | |
| Wells Fargo | 2nd mortgage $44,449.00 | stripped pursuant to order | |
| Wells Fargo Auto Finance | $7391.13 at 5% interest (claim4) | $228.98 | 1-3 |
| | | $220.85 | 4-36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|

None

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|

None

**Property to be Surrendered:**

| Creditor Name: | Property Address or Property to be Surrendered |

None

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |

**The following Executory Contracts are assumed:**

| Name of Creditor: | Description of Collateral | Payment Month #'s |

None

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral |

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate Percentage 0.

Property of the estate revests in the Debtor upon confirmation of the Plan.

I hereby certify that a true copy of the Chapter 13 Plan has been furnished by US. Mail first class to All Creditors and Parties in Interest as listed on attached Court matrix this ____ day of Oct, 2011.

/s/Ann W. Rogers

Ann W. Rogers
Law Office of Ann W. Rogers P.A.
595 N.Nova Road, Suite 115
Ormond Beach, Florida 32174
(386) 672-4014
FBN: 0009430

Label Matrix for local noticing
113A-6
Case 6:11-bk-09140-KSJ
Middle District of Florida
Orlando
Wed Oct  5 10:10:35 EDT 2011

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

CCB Credit Services
P.O. Box 272
Springfield, IL 62705-0272

Firstsource Advantage
205 Bryant Woods South
Amherst, NY 14228-3605

GE Money Bank
950 Forrer Blvd.
Kettering, OH 45420-1469

GEMB/Rooms To Go
P.O. Box 3330
Olathe, KS 66063-3330

HSBC Kawasaki
P.O. Box 15521
Wilmington, DE 19850-5521

Sheffield Financial
P.O. Box 1704
Clemmons, NC 27012-1704

Southeastern Pathology Assoc
P.O. Box 30309
Charleston, SC 29417-0309

WEB Bank/DFS
P.O. Box 6403
Carol Stream, IL 60197-6403

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Leonard J Shaffer Jr.
1732 Cordova Avenue
Daytona Beach, FL 32117-1711

Client Services Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-9816

Firstsource Advantage
P.O. Box 628
Buffalo, NY 14240-0628

GE Money Bank
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258-0229

Transworld Systems
3450 Lakeside Drive, #304
Miramar, FL 33027-3268

Wells Fargo
P.O. Box 536205
Atlanta, GA 30353-6205

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

CANDICA L.L.C.
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GEMB/Lowes
P.O. Box 103065
Roswell, GA 30076

Global Credit Collection
P.O. Box 101928
Dept 2417
Birmingham, AL 35210-6928

KTM/GEMB
P.O. Box 981439
El Paso, TX 79998-1439

Sheffield Financial / BB&T
Bankruptcy Section
PO Box 1847
Wilson NC 27894-1847

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wells Fargo
P.O. Box 60510
Los Agneles, CA 90060-0510

| | | |
|---|---|---|
| Wells Fargo<br>PO. Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo Bank N.A., Wells Fargo Auto Fina<br>13675 Technology Drive<br>Bldg. C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | Wells Fargo Bank Visa<br>P.O. Box 6412<br>Carol Stream, IL 60197-6412 |
| Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A - 1 Home Campus<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>c/o Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Ann W. Rogers +<br>595 North Nova Road, Suite 115<br>Ormond Beach, FL 32174-4429 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 1<br>Total 37 |